AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| DANIEL B. O'FALLON <br><br> *Plaintiff* <br><br> v. <br><br> CREDIT SMART, L.L.C. <br><br> *Defendant* | Civil Action No. 2:12cv65 KS-MTP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CREDIT SMART, L.L.C.
273 WALT WHITMAN ROAD, STE. 310
HUNTINGTON STATION, NY 11746

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   HARRY V. SATTERWHITE
SATTERWHITE, BUFFALOW, COMPTON & TYLER, L.L.C.
1325 DAUPHIN STREET
MOBILE, ALABAMA 36604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J.T. NOBLIN
CLERK OF COURT

Date: April 20, 2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CREDIT SMART, L.L.C , who is
designated by law to accept service of process on behalf of *(name of organization)* CREDIT SMART,
L.L.C. on *(date)* 4/27/2012 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/10/2012

*Server's signature*

HARRY V. SATTERWHITE, ATTORNEY
*Printed name and title*

1325 DAUPHIN ST., MOBILE AL 36604
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CREDIT SMART, L.L.C.
   273 WALT WHITMAN RD., #310
   HUNTINGTON STATION, NY
   11746

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Michelle Morin
☐ Agent
☐ Addressee

B. Received by (Printed Name)  Michelle Morin
C. Date of Delivery  4/27

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7011 3500 0000 5981 5656

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

HARRY V. SATTERWHITE
SATTERWHITE, BUFFALOW,
COMPTON + TYLER, L.L.C.
1325 DAUPHIN STREET
MOBILE, AL 36604

O'FALLON,

RECEIVED
MAY 01 2012
Satterwhite, Buffalow, Compton
& Tyler, L.L.C.